UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARMEN JOHNSON,                                  Case No. 15-12482

            Plaintiff,                           SENIOR U.S. DISTRICT JUDGE
                                                 ARTHUR J. TARNOW
v.
                                                 U.S. MAGISTRATE JUDGE
OAKLAND UNIVERSITY,                              STEPHANIE DAWKINS DAVIS

            Defendant.

                                              /

**JUDGMENT**

All issues having been resolved by the Court's Order [74] of January 22,

2018, **THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 22nd day of January 2018.


                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              BY: s/Michael E. Lang
                              Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE


1